| | | | | |
|---|---|---|---|---|
| State v. Tipton | 106,795 | | | |
| | 106,796 | | | |
| | 106,797 | | | |
| | 106,798 | Denied | 08/19/13 | Unpublished |
| State v. Todd | 105,744 | Denied | 06/14/13 | Unpublished |
| State v. Toland | 107,820 | Denied | 08/30/13 | Unpublished |
| State v. Traub | 107,204 | Denied | 08/30/13 | Unpublished |
| State v. Tuel | 106,110 | Denied | 07/19/13 | Unpublished |
| State v. Tummons | 104,101 | Denied | 04/08/13 | Unpublished |
| State v. Turner | 105,433 | Denied | 04/08/13 | Unpublished |
| State v. Tush | 106,558 | Denied | 05/20/13 | Unpublished |
| State v. Unrein | 104,824 | Denied | 04/08/13 | 47 Kan. App. 2d 366 |
| State v. Upton | 106,230 | | | |
| | 106,231 | Denied | 08/19/13 | Unpublished |
| State v. Upton | 107,790 | Denied | 08/23/13 | Unpublished |
| State v. Vanskiver | 101,214 | Denied | 08/23/13 | Unpublished |
| State v. Vogt | 106,487 | Denied | 08/19/13 | Unpublished |
| State v. Warren | 104,489 | Granted | 06/27/13 | 47 Kan. App. 2d 57 |
| State v. Weaver | 107,285 | Denied | 08/19/13 | Unpublished |
| State v. Weekes | 104,910 | Denied | 07/30/13 | Unpublished |
| State v. Welch | 106,853 | Denied | 08/23/13 | Unpublished |
| State v. Wells | 104,433 | Denied | 09/04/13 | Unpublished |
| State v. Wells | 107,113 | Denied | 09/04/13 | Unpublished |
| State v. White | 108,079 | Denied | 08/19/13 | Unpublished |
| State v. Wilhelm | 106,100 | Denied | 08/29/13 | Unpublished |
| State v. Williams | 102,950 | Denied | 04/19/13 | Unpublished |
| State v. Williams | 106,516 | Denied | 08/23/13 | Unpublished |
| State v. Williams | 106,565 | Denied | 09/04/13 | Unpublished |
| State v. Williams | 106,598 | | | |
| | 106,599 | Denied | 08/19/13 | Unpublished |
| State v. Williams | 107,009 | Denied | 08/30/13 | Unpublished |
| State v. Williams | 107,130 | Denied | 08/23/13 | Unpublished |
| State v. Williams | 108,416 | Denied | 08/29/13 | Unpublished |
| State v. Williams | 108,557 | Denied | 08/29/13 | Unpublished |
| State v. Wilson | 104,060 | Denied | 05/20/13 | Unpublished |
| State v. Wilson | 105,196 | Denied | 08/19/13 | Unpublished |
| State v. Wilson | 107,005 | Denied | 08/19/13 | Unpublished |
| State v. Wilson | 107,169 | Denied | 08/30/13 | Unpublished |
| State v. Windsor | 107,152 | Denied | 08/29/13 | Unpublished |
| State v. Womelsdorf | 105,880 | Denied | 08/19/13 | 47 Kan. App. 2d 307 |
| State v. Woods | 106,979 | Denied | 08/19/13 | Unpublished |
| State v. Wyatt | 107,941 | Denied | 08/19/13 | Unpublished |
| State v. Yarbrough | 105,155 | Denied | 09/04/13 | Unpublished |
| State v. Young | 106,451 | Denied | 08/30/13 | Unpublished |
| State v. Younkman | 107,263 | Denied | 08/23/13 | Unpublished |